UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 1:23-mj-05115-JGD |
| ) | |
| FRANCISCO SEVERO TORRES ) | |
| ) | |

NOTICE OF APPEARANCE

Attorney Allen Franco hereby files his appearance on behalf of Francisco Severo Torres, the defendant in this matter.

Respectfully submitted,

*/s/ Allen Franco*
Allen Franco
Bar No: AR2018197
Research & Writing Attorney
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 9, 2023.

*/s/ Allen Franco*
Allen Franco