

# Leominster Police Department
## Incident Report

Page: 1
03/08/2023

Incident #: ▮
Call #: ▮

```
Date/Time Reported: 12/01/2022 0837
 Report Date/Time: 12/01/2022 0901
           Status: No Crime Involved

Reporting Officer: Patrol Matthew DiPerri
Approving Officer: Lieutenant Michael Ciccolini

        Signature: _____

        Signature: _____
```

| # | INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | TORRES, FRANCISCO SEVERO<br>▮<br>LEOMINSTER MA 01453 | M | W | 32 | ▮-7739 | ▮ |

```
Military Active Duty: N
               BODY: NOT AVAIL.           COMPLEXION: NOT AVAIL.
                DOB: ▮/1990           PLACE OF BIRTH: KEY WEST, FL
     LICENSE NUMBER: MA ▮                  ETHNICITY: HISPANIC
              PCF #: ▮
```

_____[CONTACT INFORMATION]_____

```
               Home Phone        (Primary)     ▮
               Home Phone        (Primary)     ▮
```

_____[APPEARANCE]_____

```
             GLASSES WORN: NO
```

| ALIAS LAST NAME | FIRST NAME | MIDDLE NAME | SSN | DOB | GENDER |
|---|---|---|---|---|---|
| TORRES | FRANCISCO | | NOT AVAIL | ▮/1990 | NOT AVAIL |

_____[FAMILY/EMPLOYMENT INFORMATION]_____

```
         MARITAL STATUS: SINGLE
          FATHER'S NAME: ▮
          MOTHER'S NAME: ▮
             OCCUPATION: UNEMPLOYED
```

| # | EVENTS(S) |
|---|---|

```
     LOCATION TYPE: Residence/Home/Apt./Condo    Zone: PT3
     ▮
     LEOMINSTER MA 01453

  1  SUA
```

GOVERNMENT EXHIBIT 13

```
                    Leominster Police Department
                   NARRATIVE FOR PATROL MATTHEW J DIPERRI
         Ref: ███████████

    Entered: 12/01/2022 @ 0902      Entry ID: 0208
    Modified: 12/01/2022 @ 0907     Modified ID: 0208
    Approved: 12/01/2022 @ 0949     Approval ID: 0139
```

On the above date and time I, Officer DiPerri, was dispatched to ███████████ for a report of a man standing outside in his underwear. I asked dispatch if they knew who the male was and they stated that it was Francisco Torres.

I arrived on scene, and Francisco was indeed standing outside on his walkway, between bushes, in his underwear. I asked him what he was doing and he stated that he was " protesting climate change" . I asked him if he wanted to hurt himself or anyone else and he stated that he did not. He was told to go back in the house. Francisco complied and went back in the house.

Nothing further to report.

Officer DiPerri