UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   23-MJ-05115-JGD |
| FRANCISCO SEVERO TORRES, | ) |
| | ) |
| Defendant | ) |

**GOVERNMENT'S EXHIBIT LIST**

The government hereby offers the following exhibits in support of its detention motion and Motion for Competency Evaluation for consideration at the March 9, 2023 hearing in this matter.

1. Complaint and Affidavit, 23-MJ-05115-JGD
2. Passenger Video
3. Defendant Recorded Interview
4. Email re: Wyatt Staff Assault
5. Fitchburg Police Department report (April 15, 2015)
6. Fitchburg District Court docket, 1516CR000650
7. Torres Complaint against Worcester Recovery Center, 4:21-cv-40036-TSH
8. Leominster Police Department report (Sep. 7, 2016)
9. Leominster Police Department report (Sep. 11, 2016)
10. Leominster Police Department report (October 25, 2017)
11. Leominster Police Department report (July 30, 2021)
12. Torres Second Complaint against Fuller Hospital, 22-cv-40147-LTS
13. Leominster Police Department report (December 1, 2022)
14. Leominster Police Department report (February 25, 2023)

15. Defendant's Letter to Leominster District Court, 1761CR1393

The government reserves the right to supplement or amend this list. The proposed exhibits are attached to the government's Motion for Competency Evaluation; due to file format and size, Exhibits 2 and 3 have been provided to the Court and defense counsel separately.

> Respectfully submitted,
>
> RACHAEL S. ROLLINS
> United States Attorney
>
> By:   */s/ Elianna J. Nuzum*
> ELIANNA J. NUZUM
> Assistant U.S. Attorney

March 9, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

Dated: March 9, 2023

*/s/ Elianna J. Nuzum*
Elianna J. Nuzum